# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: 16-834M

2) Defendant's Name BRUNSON, RODERICK
(Last) (First) (M.I.)

3) Age:

4) Title: Section(s):

5) Citizen of: Needs: Interpreter

6) Arrest Warrant Issued: Date and time of arrest:

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: X Yes No Other District: MARYLAND

8) Name of Interpreter used today: Language:

9) Arraignment on complaint held: Yes No Date/Time: 9/15/2016

10) Detention Hearing Held: Bail set at: $250,000 ROR Entered: POD Entered:

11) Temporary Order of Detention Entered: Bail Hearing set for:

12) (a) Preliminary Hearing set for: ; or waived:

(b) Removal Hearing set for: ; or waived: ✓

(c) Status Conference set for:

13) ASSISTANT U.S. ATTORNEY ~~MICHAEL KEILTY~~ Alicia Washington

14) DEFENSE COUNSEL'S NAME: ALLEGRA Glashausser

Address:

Bar Code: CJA: FDNY: X RET:

Telephone Number:( )

15) LOG #: ( 3:48 - 4:02 ) MAG. JUDGE : James Orenstein

16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.

1 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

Additional surety (ies) to co-sign bond by

Other Comments/Rulings:

17) Complaint/Affidavit/Indictment unsealed: Yes No

SO ORDERED ON THIS ______ DAY OF ________________, 20__

UNITED STATES MAGISTRATE JUDGE