CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRITICAL DOCKET FOR CASE #: 1:16−mj−00834−JO All Defendants

Case title: USA v. Brunson

Date Filed: 09/15/2016
Date Terminated: 09/15/2016

---

Assigned to: Magistrate Judge James Orenstein

**Defendant (1)**

**Roderick Brunson**
*TERMINATED: 09/15/2016*

represented by **Allegra W. Glashausser**
Federal Defenders of New York
One Pierrepont Plaza
16th Floor
Brooklyn, NY 11201
(212)417−8739
Fax: (718)855−0760
Email: allegra_glashausser@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by

**Alicia Nicole Washington**
U.S. Attorney's Office, Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201
718−254−6009
Fax: 718−254−6076
Email: alicia.washington@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 09/15/2016 | 1 | 3 | RULE 40 AFFIDAVIT / removal complaint to the District of Marylandby USA as to Roderick Brunson (Yuen, Sui−May) (Entered: 09/16/2016) |
| 09/15/2016 | 2 | 22 | Minute Entry for proceedings held before Magistrate Judge James Orenstein:Initial Appearance in Rule 5(c)(3) Proceedings as to Roderick Brunson held on 9/15/2016, Attorney Appointment of federal defender Allegra Glashausser for the defendant present. AUSA Alicia Washington present. Clerk F Chi − " Defendant arraigned on a removal complaint to the District of Maryland. (Tape #3;48−4;02.) Defendant released on a $250,000 bond wit conditions. Defendant and 1 surety given bail warnings and signed bond. Defendant waived identity hearing." (Yuen, Sui−May) (Entered: 09/16/2016) |
| 09/15/2016 | 3 | 23 | WAIVER of Rule 5(c)(3) Hearing by Roderick Brunson (Yuen, Sui−May) (Entered: 09/16/2016) |
| 09/15/2016 | 4 | 24 | CJA 23 Financial Affidavit by Roderick Brunson (Yuen, Sui−May) (Entered: 09/16/2016) |
| 09/15/2016 | 5 | 25 | ORDER Setting Conditions of Release as to Roderick Brunson (1) $250,000 bond. Ordered by Magistrate Judge James Orenstein on 9/15/2016. (Yuen, Sui−May) (Entered: 09/16/2016) |
| 09/15/2016 | 6 | 26 | REDACTION by USA as to Roderick Brunson to 5 Sealed, Order Setting Conditions of Release (Yuen, Sui−May) (Entered: 09/16/2016) |

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 1 of 19 PageID #: 1

JAP:MTK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

16M 834

– – – – – – – – – – – – – – – – – – – – – X

UNITED STATES OF AMERICA

- against -

RODERICK BRUNSON,
also known as "Rod,"

Defendant.

– – – – – – – – – – – – – – – – – – – – – X

REMOVAL TO THE DISTRICT OF MARYLAND

Fed. R. Crim. P. 5

EASTERN DISTRICT OF NEW YORK, SS:

BRENDAN O'NEILL, being duly sworn, deposes and states that he is a Deputy Marshal with the United States Marshals Service ("USMS"), duly appointed according to law and acting as such.

On August 9, 2016, an arrest warrant was issued by the United States District Court for the District of Maryland commanding the arrest of the defendant RODERICK BRUNSON, also known as "Rod," for conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846.

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Deputy Marshal with the USMS. This affidavit is based in part on my conversations with other law enforcement officers and my review of records.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 2 of 19 PageID #: 2



2. On August 9, 2016, an arrest warrant was issued by the United States District Court for the District of Maryland, commanding the arrest of RODERICK BRUNSON, also known as "Rod," for conspiracy to distribute narcotics, in violation of 21 U.S.C. § 846. A copy of the arrest warrant and the superseding indictment from the District of Maryland are attached hereto as Exhibit A.

3. On September 15, 2016, the defendant RODERICK BRUNSON was arrested in a parking lot located in the vicinity of 1257 Loring Avenue, Brooklyn, New York. I observed the defendant and his appearance matched a photograph of the individual that was sent by the District of Maryland and which I had previously reviewed. The defendant was also in possession of New York State Driver's license that listed the name "Roderick Brunson," and contained a photograph which matched the photograph of the individual sent by the District of Maryland. In addition, the defendant identified himself as "Roderick Brunson."

4. Based on this information, I determined that the defendant is the individual sought by the District of Maryland.

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 3 of 19 PageID #: 3



WHEREFORE, your deponent respectfully requests that the defendant RODERICK BRUNSON, also known as "Rod," be removed to the District of Maryland so that he may be dealt with according to law.

Brendan O'Neill
Deputy Marshal, United States Marshals Service

Sworn to before me this
15th day of September, 2016

THE HONORAI
UNITED STATI
EASTERN DIST

s/Orenstein

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 4 of 19 PageID #: 4

# EXHIBIT A

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 5 of 19 PageID 5

AO 442 (Rev. 11/11) Arrest Warrant 10135581

# UNITED STATES DISTRICT COURT

for the

District of Maryland

United States of America
v.

RODERICK BRUNSON
A/K/A "ROD"
*Defendant*

Case No. JFM-16-0364

2016 AUG 10 AM 10:59

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* RODERICK BRUNSON, A/K/A "ROD",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. 846, Drug Conspiracy

Date: 9 August 2016 *Issuing officer's signature*

City and state: Baltimore, Maryland

A. David Copperthite U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

*Printed name and title*

JTW/LE: USAO2016R00460

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

ANTONIO ALBRIGHT,
a/k/a "Fish,"
STEVEN HARRIS,
[redacted]
AVERY WALTON,
[redacted]
MAYNARD BROWN,
[redacted]
RODERICK BRUNSON,
a/k/a "Rod,"
DEVONTAY ALEXANDER,
a/k/a "Barney,"
DION ALEXANDER,
a/k/a "Will,"
WILBERT EPPS,
a/k/a "Tay,"
JEROME GRAY,
a/k/a "Pops," and
TEREZ EVANS

Defendants

CRIMINAL NO. JFM-16-0364

(Conspiracy to Distribute and Possess with the Intent to Distribute Heroin, 21 U.S.C. § 846; Possession with the Intent to Distribute Heroin, 21 U.S.C. 841(a)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924 (c); Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g); Aiding & Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c))

**UNDER SEAL**

*******

## SUPERSEDING INDICTMENT

### COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Heroin)

The Grand Jury for the District of Maryland charges that:

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 7 of 19 PageID #: 7

From in or about February 2016 and continuing until on or about the date of this Superseding Indictment, in the District of Maryland and elsewhere, the defendants,

ANTONIO ALBRIGHT,
a/k/a "Fish,"
STEVEN HARRIS
[redacted]
AVERY WALTON,
[redacted]
MAYNARD BROWN,
[redacted]
RODERICK BRUNSON,
a/k/a "Rod,"
DEVONTAY ALEXANDER,
a/k/a "Barney,"
DION ALEXANDER,
a/k/a "Will,"
WILBERT EPPS,
a/k/a "Tay,"
JEROME GRAY,
a/k/a "Pops," and
TEREZ EVANS,

did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 8 of 19 PageID 8

**COUNT TWO**
**(Possession with Intent to Distribute Heroin)**

The Grand Jury for the District of Maryland further charges that:

On or about June 28, 2016, in the District of Maryland, the defendants,

**ANTONIO ALBRIGHT,**
**a/k/a "Fish,"**
[redacted]

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 9 of 19 PageID 9

**COUNT THREE**
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about June 28, 2016, in the District of Maryland, the defendants,

**ANTONIO ALBRIGHT,**
**a/k/a "Fish,"**
[redacted]

did knowingly possess a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute Heroin in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Two of this Superseding Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)
18 U.S.C. § 2

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 10 of 19 PageID 10

**COUNT FOUR**
**(Possession with Intent to Distribute Heroin)**

The Grand Jury for the District of Maryland further charges that:

On or about June 28, 2016, in the District of Maryland, the defendant,

**AVERY WALTON,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 11 of 19 PageID 11

**COUNT FIVE**
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about June 28, 2016, in the District of Maryland, the defendant,

**AVERY WALTON,**

did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession with Intent to Distribute Heroin in violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count Four of this Superseding Indictment, which is incorporated herein by reference.

18 U.S.C. § 924(c)

**COUNT SIX**
**(Possession with Intent to Distribute Heroin)**

The Grand Jury for the District of Maryland further charges that:

On or about April 28, 2016, in the District of Maryland, the defendant,

**MAYNARD BROWN,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 13 of 19 PageID 13

**COUNT SEVEN**
**(Possession of a Firearm by a Felon)**

The Grand Jury for the District of Maryland further charges that:

On or about April 22, 2016, in the District of Maryland, the defendants,

**DEVONTAY ALEXANDER,**
**a/k/a "Barney, and**
**ANTONIO ALBRIGHT,**
**a/k/a "Fish,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit, a loaded Interarms, Model Firestar, 9mm, semi-automatic handgun, bearing serial number 2143126, and ammunition.

18 U.S.C. § 922(g)(1)

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 14 of 19 PageID 14

**COUNT EIGHT**
**(Possession with Intent to Distribute Heroin and Cocaine)**

The Grand Jury for the District of Maryland further charges that:

On or about April 28, 2016, in the District of Maryland, the defendant,

**DION ALEXANDER,**
**a/k/a "Will,"**

did knowingly and intentionally possess with intent to distribute: a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 15 of 19 PageID 15

**COUNT NINE**
**(Possession with Intent to Distribute Heroin and Cocaine)**

The Grand Jury for the District of Maryland further charges that:

On or about June 9, 2016, in the District of Maryland, the defendant,

**WILBERT EPPS,**
**a/k/a "Tay,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 16 of 19 PageID 16

**COUNT TEN**
**(Possession with Intent to Distribute Heroin)**

The Grand Jury for the District of Maryland further charges that:

On or about June 30, 2016, in the District of Maryland, the defendant,

**WILBERT EPPS,**
**a/k/a, "Tay,"**

did knowingly and intentionally possess with intent to distribute: a quantity of a mixture or substance containing a detectable amount of heroin, Schedule I controlled substance.

21 U.S.C. § 841(a)(1)

**COUNT ELEVEN**
**(Possession of a Firearm by a Felon)**

The Grand Jury for the District of Maryland further charges that:

On or about June 30, 2016, in the District of Maryland, the defendant,

**WILBERT EPPS,**
**a/k/a "Tay,"**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess in and affecting commerce firearms, to wit, (1) a Superior Arms, AR 15, 5.56 caliber rifle, bearing serial number 25719, (2) a Rock River Arms, AR 15, 5.56 caliber rifle, bearing serial number CM131657, (3) a Beretta U.S.A., Corp Elite IA .40 caliber pistol, serial number obliterated, and, (4) a Glock 19, 9mm full-automatic pistol, bearing serial number MGZ510, ~~and ammunition~~.

18 U.S.C. § 922(g)(1)

Case 1:16-mj-00834-JO Document 1 Filed 09/15/16 Page 18 of 19 PageID 18

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), in the event of the defendants' convictions under Counts One through Eleven of this Superseding Indictment.

### Narcotics Forfeiture

2. As a result of the offenses set forth in Counts One, Two, Four, Six, Eight, Nine, and Ten incorporated here, the defendants shall forfeit:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violations; and

b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

3. The property to be forfeited includes any funds that were furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act.

### Firearms Forfeiture

4. As a result of the offenses set forth in Counts Three, Five, Seven, and Eleven incorporated here, the defendants shall forfeit to the United States the firearms identified in those counts and involved in those offenses.

## Substitute Assets

5. If any of the property described above, as a result of any act or omission of any defendants,

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or,

e. has been commingled with other property which cannot be subdivided without difficulty

the United States of America shall be entitled to forfeiture of substitute property.

21 U.S.C. § 853
28 U.S.C. § 2461(c)

Rod J. Rosenstein
United States Attorney

A TRUE BILL:

Foreperson

8-9-16
Date

Case 1:16-mj-00834-JO Document 2 Filed 09/15/16 Page 1 of 1 PageID 20

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

# INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: 16-834M

2) Defendant's Name BRUNSON, RODERICK
(Last) (First) (M.I.)

3) Age:______

4) Title:______ Section(s):______

5) Citizen of:______ Needs:______Interpreter

6) Arrest Warrant Issued:______ Date and time of arrest:______

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: X Yes ___No Other District: MARYLAND

8) Name of Interpreter used today:______ Language:______

9) Arraignment on complaint held:______Yes ____No Date/Time: 9/15/2016

10) Detention Hearing Held:___ Bail set at: $250,000 ROR Entered:___ POD Entered:______

11) Temporary Order of Detention Entered:___ Bail Hearing set for:______

12) (a) Preliminary Hearing set for:______; or waived:______

(b) Removal Hearing set for:______; or waived: ✓

(c) Status Conference set for:______

13) ASSISTANT U.S. ATTORNEY ~~MICHAEL KEILTY~~ Alicia Washington

14) DEFENSE COUNSEL'S NAME: ALLEGRA Glashausser

Address:______

Bar Code:______ CJA:______ FDNY: X RET:______

Telephone Number:(  )______

15) LOG #:___ ( 3:48 - 4:02 ) MAG. JUDGE : James Orenstein

16) ✓ Defendant was advised of bond conditions by the Court and signed the bond.
1 Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
___ Additional surety (ies) to co-sign bond by ______

Other Comments/Rulings:______

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS ______ DAY OF ______, 20__

______
UNITED STATES MAGISTRATE JUDGE

Case 1:16-mj-00834-JO Document 3 Filed 09/15/16 Page 1 of 1 PageID #: 21

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

EASTERN DISTRICT OF NEW YOR

United States of America
v.
Roderick Brunson
*Defendant*

Case No. 16-834M

Charging District's Case No.

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Maryland

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/15/16

[signature]
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Allegra Glashausser
*Printed name of defendant's attorney*

Case 1:16-mj-00834-JO Document 4 (Ex Parte) Filed 09/15/16 Page 1 of 1 PageID 22

CJA 23 (Rev. 11/11)

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES [X] DISTRICT COURT [ ] COURT OF APPEALS [ ] OTHER *(Specify below)*

IN THE CASE OF: US v. Brunson

FOR:

AT:

LOCATION NUMBER:

PERSON REPRESENTED *(Show your full name)*: Roderick Brunson

1 [X] Defendant - Adult
2 [ ] Defendant - Juvenile
3 [ ] Appellant
4 [ ] Probation Violator
5 [ ] Supervised Release Violator
5 [ ] Habeas Petitioner
7 [ ] 2255 Petitioner
8 [ ] Material Witness
9 [ ] Other *(Specify)*

DOCKET NUMBERS
Magistrate Judge
District Court
Court of Appeals

CHARGE/OFFENSE *(describe if applicable & check box →)*: 21 USC 846

[X] Felony
[ ] Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### INCOME & ASSETS

**EMPLOYMENT**

Are you now employed? [X] Yes [ ] No [ ] Self-Employed

Name and address of employer: North Shore LIJ Hospital -

IF YES, how much do you earn per month? $ 2,700 -

IF NO, give month and year of last employment? ____ How much did you earn per month? $ ____

If married, is your spouse employed? [ ] Yes [X] No

IF YES, how much does your spouse earn per month? $ ____

If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ ____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes [X] No

| | RECEIVED | SOURCES |
|---|---|---|
| IF YES, give the amount | $ | |
| received and identify the | $ | |
| sources | $ | |

**CASH**

Do you have any cash on hand or money in savings or checking accounts? [X] Yes [ ] No IF YES, total amount? $ 200 -

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [X] Yes [ ] No

| | VALUE | DESCRIPTION |
|---|---|---|
| IF YES, give value and | $ 13,000 - | 2008 BMW 550 |
| description for each | $ | |
| | $ | |
| | $ | |

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
[X] Single
[ ] Married
[ ] Widowed
[ ] Separated or Divorced

Total No. of Dependents: 1

List persons you actually support and your relationship to them: 5 y.o. - son

**DEBTS & MONTHLY BILLS** *(Rent, utilities, loans, charge accounts, etc.)*

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Household contribution | $ | $ 300 - |
| Cell phone | $ | $ 250 - |
| Car insurance | $ | $ 100 - |
| Auto loan | $ 12,000 - | $ 385 - |
| Credit card | 1,000 - | 0 - |
| Repossessed vehicle | 3,000 - | |

I certify under penalty of perjury that the foregoing is true and correct.

[signature]

SIGNATURE OF DEFENDANT *(OR PERSON REPRESENTED)*

Date: 9/15/16

So ordered
[signature]
USMJ 9/15/16

# United States District Court, Eastern District of New York

**UNITED STATES OF AMERICA**

**v.**

Roderick Brunson, **Defendant.**

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

Case Number: 16-834M

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[✓] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[✓] Upon **Bond** executed by the defendant in the amount of $ $250,000, and secured by [✓] financially responsible sureties listed below and/or [ ] collateral set forth below.

## Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: [✓] New York City; [✓] Long Island, NY; [ ] New York State; [ ] New Jersey; [✓] MD and travel to and from this Court and the permitted areas.

[ ] 2. The defendant must avoid all contact with the following persons or entities: ______________________.

[ ] 3. The defendant must avoid and not go to any of the following locations: ______________________.

[✓] 4. The defendant must surrender all passports to Pretrial Services by ______ and not obtain other passports or international travel documents.

[✓] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:

- [✓] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;
- [✓] b. must report [✓] as directed by Pretrial Services or [ ] in person ___ times per _______ and/or [ ] by telephone ___ times per _______.
- [✓] c. must undergo [✓] testing, [✓] evaluation and/or [✓] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.
- [ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.
- [ ] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:
  - [ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;
  - [ ] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [ ] religious services, [ ] employment, [ ] school or training, [ ] other activities approved by Pretrial Services, [ ] ______________
- [ ] curfew: restricted to home every day from __________ to __________, or [ ] as directed by Pretrial Services.
- [ ] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.

[✓] 6. Other Conditions: appear in Maryland for court when directed, including on 9/13/16 at [illegible] in D. MD. Baltimore, Courtroom 7B

## APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $ 250 000 and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court in the sum of $______________________;

[ ] premises located at: ______________________ owned by ______________________.

[ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before ______________________.

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

| | | Date |
|---|---|---|
| D Wallace (Diane Wallace), Surety | Address: 114-46 168 St. Jamaica NY 11434 | |
| ______________, Surety | Address: ______________ | ______ |
| ______________, Surety | Address: ______________ | ______ |

**I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.**

[signature]
Signature of Defendant

**Release of the Defendant is hereby ordered on** 9/15 **20**16.

[signature], **US** MJ

Distribution: Canary - Court Pink - Pretrial Services Goldenrod - Defendant

Case 1:16-mj-00834-JO Document 6 Filed 09/15/16 Page 1 of 1 PageID #: 24

# United States District Court, Eastern District of New York

**UNITED STATES OF AMERICA**

**v.**

Roderick Brunson, **Defendant.**

**ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND**

Case Number: 16-834M

## RELEASE ORDER

It is hereby ORDERED that the above-named defendant be released subject to the Standard Conditions of Release on the reverse and as follows:

[ ] Upon **Personal Recognizance Bond** on his/her promise to appear at all scheduled proceedings as required, or

[✓] Upon **Bond** executed by the defendant in the amount of $250,000, and secured by [✓] financially responsible sureties listed below and/or [ ] collateral set forth below.

## Additional Conditions of Release

The Court finding that release under the Standard Conditions of Release on the reverse will not by themselves reasonably assure the appearance of the defendant and/or the safety of other persons and the community, IT IS FURTHER ORDERED as follows:

[✓] 1. The defendant must remain in and may not leave the following areas without Court permission: [✓] New York City; [✓] Long Island, NY; [ ] New York State; [ ] New Jersey; [✓] MD and travel to and from this Court and the permitted areas.

[ ] 2. The defendant must avoid all contact with the following persons or entities: ____________________.

[ ] 3. The defendant must avoid and not go to any of the following locations: ____________________.

[✓] 4. The defendant must surrender all passports to Pretrial Services by ______ and not obtain other passports or international travel documents.

[✓] 5. The defendant is placed under the supervision of the Pretrial Services Agency subject to the Special Conditions on the reverse and:

[✓] a. is subject to random visits by a Pretrial Services officer at defendant's residence and/or place of work;

[✓] b. must report [✓] as directed by Pretrial Services or [ ] in person ___ times per _______ and/or [ ] by telephone ___ times per _______.

[✓] c. must undergo [✓] testing, [✓] evaluation and/or [✓] treatment for substance abuse, including alcoholism, as directed by Pretrial Services.

[ ] d. must undergo evaluation and treatment for mental health problems, as directed by Pretrial Services.

[ ] e. is subject to the following location restriction program with location monitoring, as directed by Pretrial Services:

[ ] home incarceration: restricted to home at all times, except for attorney visits, court appearances and necessary medical treatment;

[ ] home detention: restricted to home at all times, except for attorney visits, court appearances, medical treatment, [ ] religious services, [ ] employment, [ ] school or training, [ ] other activities approved by Pretrial Services, [ ] ____________

[ ] curfew: restricted to home every day from ____________ to ____________, or [ ] as directed by Pretrial Services.

[ ] Defendant must pay all or part of the cost of any required testing, evaluation, treatment and/or location monitoring with personal funds, based upon ability to pay as determined by the Court and the Pretrial Services Agency, and/ or from available insurance.

[✓] 6. Other Conditions: appear in Maryland for court when directed, including on 9/13/16 at [illegible] in D. MD. Baltimore courtroom 7B

## APPEARANCE BOND

I, the undersigned defendant, and each surety who signs this bond, acknowledge that I have read this Appearance Bond and, and have either read all the other conditions of release or have had those conditions explained. I further acknowledge that I and my personal representatives, jointly and severally, are bound to pay the United States of America the sum of $250 000 and that this obligation is secured with the below interest in the following property ("Collateral") which I represent is/are free and clear of liens except as otherwise indicated:

[ ] cash deposited in the Registry of the Court in the sum of $____________________;

[ ] premises located at:____________________ owned by____________________.

[ ] I also agree to execute a confession of judgment, mortgage or lien in form approved by the U.S. Attorney which shall be duly filed with the proper local and state authorities on or before ____________________.

Each owner of the above Collateral agrees not to sell the property, allow further claims or encumbrances to be made against it, or do anything to reduce its value while this Appearance Bond is in effect.

*Forfeiture of the Bond.* This Appearance Bond may be forfeited if the defendant fails to comply with any of the conditions set forth above and on the reverse. The defendant and any surety who has signed this form also agree that the court may immediately order the amount of the bond surrendered to the United States, including any security for the bond, if the defendant fails to comply with the above agreement. The court may also order a judgment of forfeiture against the defendant and against each surety for the entire amount of the bond, including any interest and costs.

| | | Date |
|---|---|---|
| D Wallace (signature) Diane Wallace, Surety | Address: [illegible] Inwood? [illegible] NY 11434 | |
| ____________, Surety | Address: ____________ | ____ |
| ____________, Surety | Address: ____________ | ____ |

**I acknowledge that I am the defendant in this case and that I am aware of the conditions of release and of the penalties and sanctions set forth on the front and reverse sides of this form.**

[signature]
Signature of Defendant

**Release of the Defendant is hereby ordered on** 9/15 **20** 16.

S/ James Orenstein
____________, **US MJ**

Distribution: Canary - Court Pink - Pretrial Services Goldenrod -Defendant